**933  MOROSS vs. CIRCUIT JUDGE (Macomb), No. 15143½.**

To compel respondent to sign a bill of exceptions in a criminal cause, where relator was convicted January 12, 1894; time extended to October 23, 1894, and bill was presented May 31, 1895, and application heard and denied in August, 1895.

Order to show cause denied October 10, 1895.


**934  PRATT vs. CIRCUIT JUDGE (Genesee), No. 12099.**

To compel respondent to settle and sign a bill of exceptions.

Order to show cause granted July 1, 1891.

Answer filed July 6, 1891, alleging that since the issue of the writ respondent had signed the bill.


**935  HUGHES vs. CIRCUIT JUDGE (Genesee), No. 15904½.**

To compel respondent to grant an extension of time to settle a bill of exceptions.

Order to show cause denied November 10, 1896.

Petition re-filed January 4, 1897, and ordered, January 8, 1897, that the Circuit Court exercise his discretion as to settling the bill.